## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LINDA HARDING, | ) | CASE NO. 5:10CV2359 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| CHECK PROCESSING, LLC, | ) | **DEFAULT JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously-filed Memorandum Opinion and Order, it is hereby **ORDERED, ADJUDGED, and DECREED** that default judgment is entered in favor of the plaintiff, Linda Harding, and against the defendant, Check Processing, LLC. Damages in the total amount of Eight Thousand One Hundred Five Dollars and No Cents ($8,105.00), plus interest at the statutory rate, are awarded in plaintiff's favor against the defendant. Case closed.

**IT IS SO ORDERED**.

Dated: March 22, 2011

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**